COMMONWEALTH ex rel. Robert B. STEWART, III, District Attorney of Huntingdon County, Appellee,

v.

David W. BOOHER, a/k/a David Booher, Appellant.

Supreme Court of Pennsylvania.

Feb. 26, 1998.

Reargument Denied April 21, 1998.

### ORDER

PER CURIAM.

Order of the Court of Common Pleas, Huntingdon County, is affirmed.